IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARIS INMAN-CLARK,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 19-cv-4717 |
| **THE NEIMAN MARCUS GROUP LLC and THE NEIMAN MARCUS GROUP LTD LLC.** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this 13th day of November, 2024, upon consideration of Plaintiff, Paris Inman-Clark's Motion for Partial Summary Judgment on the Issue of Liability (ECF No. 122), and Defendants' Response in Opposition, it is hereby **ORDERED** that the Motion is **GRANTED** and Summary Judgment is entered in favor of Plaintiff and against Defendants as a matter of law on the issue of liability for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/  Mitchell S. Goldberg*

**Mitchell S. Goldberg,     J.**