IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARIS INMAN CLARK** | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **THE NEIMAN MARCUS GROUP LLC and** | : | |
| **THE NIEMAN MARCUS GROUP LTD LLC** | : | NO. 19-4717 |

## CIVIL JUDGMENT

**AND NOW**, this 17th day of December 2024, in accordance with the Jury's Verdict dated December 16, 2024, IT IS **ORDERED** that Judgment is entered in favor of Plaintiff Paris Inman Clark and against Defendants The Neiman Marcus Group LLC and The Neiman Marcus Group LTD LLC, in the total amount of $1,250,000.00, in accordance with the $600,000.00 in Damages awarded in response to Verdict Sheet Question 1, and the $650,000.00 in Damages awarded in response to Verdict Sheet Question 2.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
Mitchell S. Goldberg,        J.